UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Roy Bissada,<br><br>    Plaintiffs,<br><br> v.<br><br>The Law Office of John P. Frye, P.C.; and DOES 1-10, inclusive,<br><br>    Defendant. | CASE NO. 10-cv-04389-AGR<br><br>**ORDER GRANTING STIPULATION RE DISMISSAL OF ENTIRE ACTION AND ALL PARTIES, WITH PREJUDICE** |

  The Court has reviewed the Stipulation of Plaintiff CHARMAINE PANLONE and Defendant COLLECTO, INC. dba EOS CCA to dismiss, with prejudice, the above-entitled action, in its entirety. Pursuant to the Stipulation between the parties, the Court orders as follows:

/ / /

/ / /

/ / /

**1**

06370.00/168014

[PROPOSED] ORDER RE STIPULATION RE DISMISSAL

That the above-entitled lawsuit is hereby dismissed, with prejudice, pursuant to FRCP 41(a)(1).  Each party shall bear their own costs and expenses.

**IT IS SO ORDERED:**

DATED: October 19, 2010    _____
UNITED STATES MAGISTRATE JUDGE

**2**
06370.00/168014
[PROPOSED] ORDER RE STIPULATION RE DISMISSAL